the Otto Huber Brewery. No opinion. Judgment and order unanimously affirmed, with costs.

BARON, Appellant, v. ALBRIGHT, Respondent, et al. (Supreme Court, Appellate Division, First Department. May 15, 1914.) Action by Saul J. Baron against Andrew Albright, Jr., impleaded with others. S. J. Baron, of New York City, for appellant. C. T. Terry, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BARSUCH, Appellant, v. PFENNINGER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Frederick Barsuch against August Pfenninger and another. No opinion. Judgment affirmed, with costs.

BARTLETT v. HARRIS · et al. BARTLETT et al. v. SHERIFF. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Actions by Mortimer Bartlett against John E. Harris and others, and by Mortimer Bartlett and others against the Sheriff, etc. F. P. Ufford, of New York City, for appellants. A. Blumenstiel, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BAY et al., Respondents, v. O'BRIEN, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Alois Bay and others against Maria A. O'Brien. F. Hulse, of New York City, for appellant. L. Scheuer, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

BEACH, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by Leah Beach against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment of County Court and judgment of Justice's Court reversed, with costs in all courts to appellant. Held, that the plaintiff failed to establish any actionable negligence against the defendant.

In re BELFORD. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) In the matter of the application of Edward J. Belford for a writ of mandamus directed to Alfred E. Steers, as President of the Borough of Brooklyn, and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 146 N. Y. Supp. 1083.

BELL, Respondent, v. NEW YORK HERALD CO., Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Josephine D. Bell against the New York Herald Company. · R. W. Candler, of New York City, for appellant. W. H. Hamilton, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,000, in which event judgment, as so modified, and order appealed from, affirmed, without costs. Settle order on notice.

BEMISH, Respondent, v. SALMON, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Richard W. Bemish against Charles Salmon. No opinion. Appeal dismissed, without costs, upon stipulation filed.

BENNETT, Appellant, v. DIX et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 13, 1914.) Action by Horace L. Bennett against John Adams Dix and others. No opinion. Order affirmed, with $10 costs and disbursements, upon the authority of Herzog v. Marx, 58 Misc. Rep. 356, 110 N. Y. Supp. 1039, and Howell v. Wallace, 37 App. Div. 323, 56 N. Y. Supp. 280, without prejudice to an application by the plaintiff, if so advised, to settle issues for trial by jury.

In re BENSEL et al., Board of Water Supply. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) In the matter of the application and petition of John A. Bensel and others, constituting the Board of Water Supply of the City of New York, to acquire real estate, etc. Southern Aqueduct Department, Section No. 15. Claim of Kensico Cemetery.

PER CURIAM. Appellants' efforts to settle the record without unnecessary printing, so as to raise the proper questions on appeal, have involved consultations and arrangements with the two other parties, including the corporation counsel of the city of New York, so that the delays hitherto are apparently excused. The motion to dismiss the appeal is ' therefore denied, · with liberty to renew if the appeal record is not arranged by stipulation or duly settled by Justice Tompkins within a reasonable time.

BERNSTEIN, Respondent, v. FRIEND, Appellant. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Esther Bernstein against Isaac Friend.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, upon the ground that it was not the intention of this court to authorize an amendment to the complaint stating a new cause of action. The plaintiff may move at Special Term for leave to make such an amendment, upon terms to be fixed by that court. See, also, 158 App. Div. 902, 142 N. Y. Supp. 1109.

BERRY, Appellant, v. BERRY, Respondent. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Belle G. Berry against Mary C. Berry. F. J. Ryan, of New York City, for appellant. F. S. Moore, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BERWICK, Respondent, v. MARTIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 10, 1914.)

Action by Isabelle Berwick against Katherine Martin and another.

PER CURIAM. Judgment affirmed, without costs. There is no exception that presents a question for review.

BESANT, Respondent, v. LUTZ, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by William N. Besant against Peter Lutz. No opinion. Judgment of the County Court of Westchester County affirmed by default, with costs.

BIANCHI et al., Appellants, v. COLIVA, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Pasquale Bianchi and another against Nicolo Coliva. No opinion. Judgment affirmed, with costs.

BIDWELL, Appellant, v. CUMMINGS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Frank H. Bidwell against James C. Cummings.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, P. J., and LAMBERT, J., dissent.

BIGUS, Appellant, v. LEHIGH & WILKES-BARRE COAL CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Mike Bigus against the Lehigh & Wilkesbarre Coal Company. No opinion. Motion for reargument (160 App. Div. 838, 146 N. Y. Supp. 107) denied, without costs. Motion for leave to appeal to the Court of Appeals granted, without costs.

BLOCK, Respondent, v. LOMBARD, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Alvin Block against Jacob C. Lombard, impleaded with others. No opinion. Interlocutory judgment affirmed, with costs, with leave to the appellant to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

BLACKLOCK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by William J. Blacklock against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

BLOHM, Appellant, v. T. A. GILLESPIE CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Lizzie M. Blohm, as administratrix, etc., of Rudolph D. Blohm, deceased, against the T. A. Gillespie Company. No opinion. Motion denied, without costs. See, also, 146 N. Y. Supp. 1084.

BLOOMFIELD, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Action by Emanuel Bloomfield, by Charles Bloomfield, his guardian ad litem, against the Board of Education of the City of New York. No opinion. Judgment unanimously affirmed, with costs. See, also, 147 N. Y. Supp. 1099.

BLOOMFIELD, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Emanuel Bloomfield, by Charles Bloomfield, his guardian ad litem, against the Board of Education of the City of New York. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 147 N. Y. Supp. 1099.

In re BOARD OF SUP'RS OF ULSTER COUNTY. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) In the matter of the application of the Board of Supervisors of Ulster County to acquire lands for the improvement of state highways, etc. No opinion. Final order unanimously affirmed, without costs.

BOHLING, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Bertha Bohling against the Prudential Insurance Company of America. R. D. Whiting, of New York City, for appellant. E. J. West, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 146 N. Y. Supp. 1084; 147 N. Y. Supp. 1099.

BOHLING, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Bertha Bohling against the Prudential Insurance Company of America. R. D. Whiting, of New York City, for appellant. E. J. West, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1099.

BOITEL, Respondent, v. SHILLING, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Andrew W. Boitel, an infant, by Ida Boitel, his guardian ad litem, against George B. Shilling.

PER CURIAM. Order of the County Court of Kings County reversed, with $10 costs and disbursements, and motion granted, with $10 costs, upon the authority of Fisher Malting Co. v. Brown, 92 App. Div. 251, 87 N. Y. Supp. 37; McMann v. Brown, 92 App. Div 249, 87 N. Y. Supp. 38; Brown v Gauss, 95 N. Y. Supp. 538; McGrath v. Murtha & Schmohl Co., 128 App. Div. 278, 112 N. Y. Supp. 679; Holtzoff v. Dodge & Olcott Co., 134 App. Div. 353, 119 N. Y. Supp. 47.

BOLGER, Respondent, v. HAAS TOBACCO CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Joseph Bolger, an infant, etc., against the Haas Tobacco Company. No opinion. Judgment and order affirmed, with costs.

BOLLES, Appellant, v SCHEER, Respondent. (Supreme Court, Appellate Division, First